1 | Conor D. Mack, Esq. (#253878)
  | Katzenbach Law Offices
2 | 1714 Stockton Street, Suite 300
  | San Francisco, California 94133-2930
3 | Telephone: (415) 834-1778
  | Facsimile: (415) 834-1842
4 |
  | Attorneys for Use-Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br>FRANCISCO GARCIA-GUTIERREZ;<br>JOSE JESUS RODRIGUEZ;<br>PABLO BERNAL GARCIA;<br>TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>  Plaintiffs,<br><br>vs.<br><br>FMB MASONRY INC., a California corporation; SWINERTON BUILDERS, a California corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; OLD REPUBLIC SURETY COMPANY a Wisconsin corporation,<br><br>  Defendants. | CASE NO. 12-0236 DMR<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br>AS MODIFIED<br><br>Date: May 2, 2012<br>Time: 1:30 p.m.<br>Courtroom: 4, 3rd Floor<br>(Oakland) |

CASE MANAGEMENT STATEMENT; [Proposed] ORDER
CV 12-0236 (DMR)

Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b) Plaintiffs submit this Case Management Statement And Proposed Order.

The Plaintiffs respectfully request that the Court continue the Case Management Conference for 60 days, until June 27, 2012 for the following reasons:

Plaintiffs have settled their claims against Defendants Swinerton Builders and Fidelity and Deposit Company of Maryland. Plaintiffs are negotiating a settlement with FMB Masonry Inc. The contemplated settlement with FMB Masonry Inc., would also resolve Plaintiffs' claims against Defendant Old Republic Surety Company. Plaintiffs anticipate dismissing the entire action within the next 30 days. Should Plaintiffs be unable to resolve their claims against FMB Masonry Inc., and Old Republic Surety Company, Plaintiffs will need to amend their complaint. A 60 day continuance will allow Plaintiffs to sufficient time to draft, file and serve their First Amended Complaint should the matter not be resolved as anticipated.

Respectfully submitted,

Katzenbach Law Offices

Dated: April 25, 2012        By: /s/ Conor Mack
                                  Conor D. Mack
                                  Attorneys for Plaintiffs

## [Proposed] ORDER

The Court hereby orders that the case management conference set for May 2, 2012 at 1:30 p.m., is reset for ~~June 27~~, July 11, 2012 at 1:30 p.m. A case management statement shall be filed no later than ~~June 20~~, July 3, 2012.

IT IS SO ORDERED

Dated: April 26, 2012

IT IS SO ORDERED AS MODIFIED

Donna M. Ryu
United States Magistrate Judge

CASE MANAGEMENT STATEMENT; [Proposed] ORDER
CV 12-0236 (DMR)